IN THE CIRCUIT COURT OF  ST FRANCIS _____ COUNTY, ARKANSAS

_____ DELTA ___ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 1 8 2023

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

ERIC LYDELL CAFFEY _____

v.                                                      CASE NO. _____

MERRICK GARLAND ET, AL.     2:23-cv-00010-BSM-PSH        DEFENDANT

## PETITION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Comes now, the Petitioner, ERIC LYDELL CAFFEY _____, pro se and, for this Petition for Leave to Proceed In Forma Pauperis, states as follows:

1. Petitioner, a resident of the state of Arkansas, desires to file with this Court a Petition for Judicial Review pursuant to the Administrative Procedures Act.

2. Petitioner has completed an Affidavit in Support of Request to Proceed In Forma Pauperis, setting out their income and assets. Petitioner's Affidavit accompanies this petition.

3. Petitioner's income barely suffices to meet the costs of life's daily essential and includes no allotment that could be budgeted to pay for court fees and costs incident to this proceeding.

4. Petitioner has no other income in addition to that described in their Affidavit and no means of paying such costs without being reduced to total impoverishment.

5. Petitioner believes that there are entitled to the relief requested in the forthcoming petition and that such action is no brought for a frivolous or malicious purpose.

WHEREFORE, Petitioner prays that the court enter an order allowing them to prosecute this action In Forma Pauperis and that the Petitioner may have the necessary writs and processes without payment of fees or costs for the same.

Respectfully submitted,

Sign: **X ERIC CAFFEY**
Pro Se

Print: ERIC LYDELL CAFFEY REG NO: 21508-009

Address: FCI FORREST CITY MEDIUM
1400 DALE BUMPERS RD. PO BOX 3000
FORREST CITY, ARKANSAS   72336

Phone: _____

IN THE CIRCUIT COURT OF __ST FRANCIS__ COUNTY, ARKANSAS

_____ DELTA___ DIVISION

__ERIC LYDELL CAFFEY___                                    PLAINTIFF

v.                                               CASE NO. _____

__MERRICK GARLAND ET, AL.___                              DEFENDANT

## AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, __ERIC LYDELL CAFFEY___, being first duly sworn, depose and say that I am the petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees or costs or to give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore; that I believe I am entitled to redress.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?                          Yes    or    **No**

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past 12 months any money from any of the following sources:

   a. business, profession, or any form of self-employment? Yes    or    **No**

   b. rent payments, interest, or dividends?            Yes    or    **No**

   c. pensions, annuities, or life insurance payments?  Yes    or    **No**

d.  gifts or inheritances?                                    Yes    or    No

e.  any other sources?                                        Yes    or    No

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past 12 months.

3.  Do you have any money on hand, or do you have money in a checking, savings, or other bank account?                     Yes    or    No

   a.  If the answer is "yes," state to total amount of money you have on hand and in each account.

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

                                                              Yes    or    No

   a.  If the answer is "yes," describe the property and state its approximate value.

5.  List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support.

6.  <u>To be completed only if Petitioner is incarcerated in the Arkansas Department of Correction or any other penal institution.</u>

   Do you have any funds in the inmate welfare funds?      Yes    or    No

   If the answer is "yes," state the total amount in the account and have the certificate, found below, completed by the authorized officer of the institution.

I understand that a false statement or answer to any question in the affidavit will subject me to penalties of perjury.

ERIC CAFFEY

Sign: __ERIC LYDELL CAFFEY X__
                    Pro Se

I hereby waive service of summons upon me in the above styled court, cause, and time in which to answer. I waive service of notice of any hearing held in the matter.

7. I agree that this cause may be heard in vacation, on oral testimony, or on depositions and hereby waive notice of taking depositions, and the filing of cross-interrogatories thereto, and waive all irregularities in time of taking such depositions.

8. I am not a member of the Armed Services of the United States.

9. This cause may be submitted to the judge at any time or place, and the proceedings shall have the same force and effect as if done at a regular day of court.

10. I understand that the Circuit Court of

   __ST FRANCIS_____ County, Arkansas, will retain
                  (18)
   jurisdiction of this cause for such further orders as may be necessary for the enforcement of the terms of the decree.

WITNESS my hand this _____ day of _____, 20_____.

Sign: _Eric Caffey_____

Print: _ERIC CAFFEY_____

STATE OF ARKANSAS            )
                            ) SS
COUNTY OF  ST. FRANCIS       )

The Petitioner,  ERIC LYDELL CAFFEY            , being first duly sworn

under oath, presents that they have read and subscribed to the above and states that the

information therein is true and correct.

Subscribed and sworn to before me, a notary public, this _____ day of

_____, 20_____ .

Notary Public: _____

My commission expires on the _____ day of _____, 20_____ .

(name) Barrett Burns (title) Unit Manager
Authorized by the Act of July 7, 1955, as amended, to
administer oaths (18 U.S.C. § 4004).

IN THE CIRCUIT COURT OF <u>ST. FRANCIS</u> COUNTY, ARKANSAS

<u>    DELTA    </u> DIVISION

<u>ERIC LYDELL CAFFEY</u>                                 PLAINTIFF

v.                                     CASE NO. _____

<u>MERRICK GARLAND ET, AL.</u>                       DEFENDANT

## <u>ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS</u>

On this day comes on to be heard the petition of

_____, that they be permitted to prosecute the above

action In Forma Pauperis. The Court being satisfied of the truth of the facts alleged and good

cause appearing thereto, IT IS HEREBY ORDERED:

1.      The Plaintiff, _____, be authorized and

           permitted to proceed in the above-captioned case, In Forma Pauperis.

2.      That the Clerk of the Court shall receive and file any necessary forms or pleadings

           incident to the petitioner's action without requiring the payment of fees or costs.

3.      That the sheriffs of the counties of the state of Arkansas shall serve writs or

           processes incident to Petitioner's action without requiring the payment of fees or

           costs.

4.      That no other officer shall require of the Petitioner any fee or costs incident to the

           action.

IT IS SO ORDERED.

                               Judge: _____

                               Date: _____

# CALCULATION OF INITIAL PAYMENT OF FILING FEE

## (To be Completed by Institution of Incarceration)

PLAINTIFF:    ERIC LYDELL CAFFEY

ADC NUMBER:    FBOP REGISTER NUMBER: 21508-009

FEDERAL COURT CASE NUMBER (IF KNOWN): _____

| | |
|---|---|
| Total deposits for last sic (6) months: | $ 3141. |
| Average monthly deposit (total deposits divided by 6): | $ 575. |
| Total balances for last six (6) months: | $ 3141. |
| Average monthly balance: (Total balances divided by 6) | $ 575. . |
| Current account balance: | $ 57. |
| Initial payment of filing fee as of _____ | $_____ |

(The greater of the average monthly deposit
Or the average monthly balance x .20)

DATE: __3.15.2022__    AUTHORIZED OFFICIAL _____

NO FILING FEE SHALL BE IN EXCESS OF
$350.00 FOR A CIVIL LAWSUIT
OR
$505.00 FOR AN APPEAL

# CALCULATION OF INITIAL PAYMENT OF FILING FEE

### (To be Completed by the Institution of Incarceration)

PLAINTIFF:   ERIC LYDELL CAFFEY _____

ADC NUMBER:   FBOP REGISTER NO: 21508-009 _____

FEDERAL COURT CASE NUMBER (IF KNOWN): _____

Total deposits for last six (6) months:   $_____

Average monthly deposit (total deposits divided by 6):   $_____

Total balances for last six (6) months:   $_____

Average monthly balance:   $_____
(Total balances divided by 6)

Current account balance:   $_____

Initial payment of filing fee as of _____:   $_____

(The greater of the average monthly deposit
Or the average monthly balance x .20)

DATE: _____   AUTHORIZED OFFICIAL _____

(NO FILING FEE SHALL BE IN EXCESS OF
$350.00 FOR A CIVIL LAWSUIT
OR
$505.00 FOR AN APPEAL)

## CERTIFICATE
(Prisoner Accounts Only)
(To be Completed by the Institution of Incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her

credit at the __FORREST CITY FEDERAL CORRECTIONAL_____ institution where he is confined.

I further certify that the applicant likewise has the following securities to his/her credit according

to the records of said institution: _____

_____.

I further certify that during the past six months the applicant's average balance was

$_____.

_____                    _____
        Date                                Signature of Authorized Officer of Institution

# Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 21508009 | Current Institution: | Forrest City - FCC |
| Inmate Name: | CAFFEY, ERIC | Housing Unit: | FOM-C-D |
| Report Date: | 02/24/2022 | Living Quarters: | C04-216U |
| Report Time: | 10:08:01 AM | | |

General Information    |    Account Balances    |    Commissary History    |    Commissary Restrictions    |    Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 7653 |
| PAC #: | 169258178 |
| Revalidation Date: | 25th |
| FRP Participation Status: | Completed |
| Arrived From: | MEM |
| Transferred To: | |
| Account Creation Date: | 11/8/2017 |
| Local Account Activation Date: | 11/10/2017 3:15:08 AM |
| Sort Codes: | |
| Last Account Update: | 2/22/2022 1:30:51 PM |
| Account Status: | Active |
| Phone Balance: | $0.40 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☑ Payroll    ☑ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $57.69 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $57.69 |
| National 6 Months Deposits: | $3,141.83 |

National 6 Months Withdrawals: $3,104.75

Available Funds to be considered for IFRP Payments: $2,691.83

National 6 Months Avg Daily Balance: $575.46

Local Max. Balance - Prev. 30 Days: $221.29

Average Balance - Prev. 30 Days: $156.03

## Commissary History

### Purchases

Validation Period Purchases: $201.05

YTD Purchases: $1,365.40

Last Sales Date: 2/22/2022 1:30:51 PM

### SPO Information

SPO's this Month: 0

SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No

Weekly Revalidation: No

Bi-Weekly Revalidation: No

Spending Limit: $360.00

Expended Spending Limit: $201.05

Remaining Spending Limit: $158.95

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00

Restricted Expended Amount: $0.00

Restricted Remaining Spending Limit: $0.00

Restriction Start Date: N/A

Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|-----------|-----------|------------|----------|--------|

## Comments

Comments: