**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**ERIC LYDELL CAFFEY**                                                          **PLAINTIFF**
**Reg. #21508-009**

**v.**                                    **CASE NO: 2:23-cv-00010-BSM-PSH**

**DEWAYNE HENDRIX,** *et al.*                                          **DEFENDANTS**

<u>**ORDER**</u>

Having reviewed the record *de novo*, Magistrate Judge Patricia S. Harris's proposed findings and partial recommended disposition [Doc. No. 21] is adopted and Eric Caffey's claims against Michael Carvajal are dismissed with prejudice.

IT IS SO ORDERED this 6th day of October, 2023.

Brian S. Miller
UNITED STATES DISTRICT JUDGE