# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ERIC LYDELL CAFFEY**  **PLAINTIFF**
**Reg. #21508-009**

v.  **CASE NO. 2:23-CV-00010-BSM-PSH**

**DEWAYNE HENDRIX,** *et al.*  **DEFENDANTS**

## ORDER

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE